IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:09CR386 |
| vs. | ) | |
| | ) | ORDER |
| MILTON SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR FILING PRETRIAL MOTIONS [16]. Upon review of the file, the court finds that an extension of approximately 14 days should be granted. Pretrial Motions shall be filed by March 12, 2010.

**IT IS ORDERED:**

1. Defendant's UNOPPOSED MOTION TO CONTINUE THE DEADLINE FOR FILING PRETRIAL MOTIONS [16] is granted. Pretrial motions shall be filed on or before **March 12, 2010.**

2. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between February 26, 2010 and March 12, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 1st day of March, 2010.

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**