IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 8:09CR386 |
| MILTON SAUL, | ) ) ) |
| Defendant. | ) |

### ORDER

THIS MATTER comes before the Court on Mr. Saul's Unopposed Motion to Continue Trial for Status or Plea Hearing, Filing No. 55, now set for September 7, 2010, for approximately two weeks from September 7, 2010. The Court, being fully advised in the premises, and noting that the Government has no objection to said continuance, finds that said motion should be granted.

IT IS THEREFORE ORDERED that Mr. Saul's trial shall be continued for a status hearing or change of plea until the **September 20, 2010, at 3:00 p.m.** Mr. Saul is ordered to appear at said time. This Court further finds that, based upon the showing set forth in Mr. Saul's motion, the ends of justice will be served by continuing his trial for a status hearing. Further, that taking such action outweighs the best interests of the public and Mr. Saul in a speedy trial. Accordingly, the time from today's date until the date next set shall be excludable time pursuant to 18 U.S.C. §3161(h)(8)(A).

Dated this 26th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge