IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR386 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MILTON SAUL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Government's Motion to Dismiss. Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, leave of the Court is granted for the dismissal without prejudice of the Indictment against the Defendant, MILTON SAUL.

IT IS ORDERED that the Government's Motion to Dismiss is granted.

DATED this 20th day of September, 2010.

BY THE COURT:


s/ Joseph F. Bataillon
Chief Judge, United States District Court